NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————————

**In Re U.S. WELL SERVICES, LLC,**
*Appellant*

———————————————

2023-1690

———————————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-01036.

-------------------------------------------------

**In Re U.S. WELL SERVICES, LLC,**
*Appellant*

———————————————

2023-1691

———————————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-01037.

-------------------------------------------------

**In Re U.S. WELL SERVICES, LLC,**
*Appellant*

———————————————

2023-1766

———————————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-01065.

-------------------------------------------------

**In Re U.S. WELL SERVICES, LLC,**
*Appellant*

————————————

2023-1863

————————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-01538.

————————————

**O R D E R**

Upon consideration of U.S. Well Services, LLC's stipulation of voluntary dismissal of the above-captioned appeals pursuant to Federal Rule of Appellate Procedure 42(b) and that it agrees to bear its own costs in each appeal,

IT IS ORDERED THAT:

The above-captioned appeals are voluntarily dismissed.

FOR THE COURT



November 7, 2024
　　　　Date

Jarrett B. Perlow
Clerk of Court

ISSUED AS A MANDATE:  November 7, 2024

cc: United States Patent and Trademark Office